

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>David Antonio Baltazar Vergara,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-MJ-00452<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __July 31, 2025_____, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Shashi H. Kewalramani_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 30, 2025_____

Shashi H. Kewalramani
U.S. ~~District Judge~~/Magistrate Judge